JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jon Carpenter**, <br><br> Plaintiff, <br><br> v. <br><br> **Silversun, LLC,** a California Limited Liability Company; and Does 1-10, <br><br> Defendants. | Case: 2:13-CV-06802-JFW-E <br><br> **ORDER ON NOTICE OF VOLUNTARY DISMISSAL** |

## **ORDER**

Having read the foregoing Notice of Voluntary Dismissal and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 28, 2014  _____

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE